IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PENNSYLVANIA GENERAL INSURANCE COMPANY f/k/a General Accident Insurance Company of America and ONEBEACON AMERICA INSURANCE COMPANY f/k/a Commercial Union Insurance Company,<br><br>            Plaintiffs,<br><br>v.<br><br>CAREMARKPCS f/k/a AdvancePCS, and CAREMARK RX, INC.,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3-OVCV-0844G |

## AFFIDAVIT OF ROBERT H. GRIFFITH

I, Robert H. Griffith, being duly sworn on oath, depose and state as follows:

1. I am a partner in the law firm of Ungaretti & Harris LLP, the attorneys retained to represent the Defendants CaremarkPCS, f/k/a AdvancePCS, and Caremark Rx, Inc. (collectively referred to as "AdvancePCS" and/or "Defendant") in the above captioned action.

2. That I have personal knowledge of the facts contained herein.

3. Attached hereto as Exhibit 1 is a table of persons who are potentially witnesses in this case, in addition to those witnesses listed on the attachment to Michael J. Duffy's Affidavit attached to Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss or, Alternatively, For a Stay. They consist of witnesses from the case entitled *United Healthcare Insurance Company and AARP v. AdvancePCS*, Case No. 01-2320 JRM, in the United States District Court for the District of Minnesota (the "AARP action" or "AARP suit") and attorneys involved in the prosecution and/or defense of that action. The locations noted on the table are the last known

701565-1


EXHIBIT A

address of the individuals, either as the place where they practice law or alternatively their location given in their deposition in the AARP action.

4. The attached table, Exhibit 1, also lists certain company representatives from AdvancePCS, OneBeacon, National Union, AIG, and CNA. The locations set forth on the chart for these individuals is based upon a review of correspondence and other documents received from Plaintiffs and the other insurers.

5. The foregoing facts are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

_____
Robert H. Griffith

SUBSCRIBED AND SWORN to before
me this 29th day of June, 2005.

_____
Notary Public

OFFICIAL SEAL
GUADALUPE CASTANEDA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11-02-06

701565-1

2

CaremarkPCS, f/k/a Advance Paradigm, Inc., and f/k/a AdvancePCS vs. Pennsylvania General Insurance Company, f/k/a General Accident Insurance Company of America, et. al.
Court No. 05 CH 07513 In the Circuit Court of Cook County, Illinois – Chancery Division

*Potential Witness List*

| Witness | Affiliation | Location |
|---|---|---|
| Carmen Della Terza<br>Home Office Claim Consultant (Analyst) | OneBeacon | Naperville, Illinois |
| Pamela Derhake | CNA | Downers Grove, Illinois |
| James K. Catania | CNA | Downers Grove, Illinois |
| Yusef H. Murphy | CNA | Downers Grove, Illinois |
| Kimberly Taylor | CNA | Chicago, Illinois |
| Mary Hickey | CNA | Chicago, Illinois |
| Denise M. Jordan | CNA | Chicago, Illinois |
| Carrie Gallagher | AIG | New York, New York |
| Mark Dias<br>AVP, Specialty Claims | OnceBeacon Insurance Group | Boston, Massachusetts |
| Russell O. Farr<br>Vice President Legal Services & Managing Counsel-Litigation | Caremark Rx, Inc. | Scottsdale, Arizona |
| Jackson L. Hockman<br>Claim Manger | Chicago ASIC | Chicago, Illinois |
| Anna M. Brouker | OneBeacon | Albany, New York |
| Peter C. Connolly | AdvancePCS | Scottsdale, Arizona |
| Anne McCarthy<br>Claims Operations Supervisor | OneBeacon Insurance Company | Philadelphia, Pennsylvania |
| Paul Turecamo<br>Sr. Home Office Claim Manager | OneBeacon Insurance | Boston, Massachusetts |
| Holly Weatherby | AIG Technical Services, Inc. | New York, New York |
| Michael J. Lyle<br>Holly E. Loiseau<br>Christine P. Hsu<br>Maureen Testoni<br>George J. Hazel<br>Cleveland Lawrence<br>Alejandra C. Montenegro | Weil, Gotschal & Manges LLP | Washington, D.C. |
| David B. Potter<br>Bret A. Puls<br>Bray Dohrwardt | Oppenheimer Wolff & Donnelly LLP | Minneapolis, Minnesota |


EXHIBIT 1

| Witness | Affiliation | Location |
|---|---|---|
| Mark J. Briol<br>Amy Ihlan<br>Vicki J. Bitner | Briol & Associates, PLLC | Minneapolis, Minnesota |
| Anthony Herman | Covington & Burling | Washington, D.C. |
| W. Thomas McGough, Jr.<br>Mary J. Hackett<br>Christopher J. Soller<br>Douglas E. Cameron | Reed Smith LLP | Pittsburgh, Pennsylvania |
| Lewis A. Remele, Jr.<br>Kevin P. Hickey | Bassford, Lockhart, Truesdell & Briggs, P.S. | Minneapolis, Minnesota |